

# Fourth Court of Appeals
## San Antonio, Texas

March 13, 2024

No. 04-23-00314-CV

Abelardo G. **GONZALEZ**,
Appellant

v.

Rosalinda Y. **GONZALEZ**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2022CVG001209D4
Honorable Lisa Jarrett, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, appellee Rosalinda Y. Gonzalez's motion to dismiss is GRANTED and this appeal is DISMISSED FOR LACK OF JURISDICTION.

We order no costs be assessed against appellant Abelardo G. Gonzalez because he is indigent.

It is so **ORDERED** on March 13, 2024.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of March, 2024.

_Tommy Stolhandske_
Tommy Stolhandske, Clerk of Court